191 So. 400
### Idus VINSON v. STATE.
### 8 Div. 994.

Supreme Court of Alabama.
Oct. 5, 1939.

Wm. Stell, of Russellville, for petitioner.
Thos. S. Lawson, Atty. Gen., for the State.

THOMAS, Justice.

Petition of Idus Vinson for certiorari to Court of Appeals to review and revise the judgment and decision of that Court in the case styled Vinson v. State, 191 So. 399.

Writ denied.

ANDERSON, C. J., and BOULDIN and BROWN, JJ., concur.